**Dismissed; Opinion Filed January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01080-CV

### IN THE INTEREST OF D.S., A MINOR CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-14244**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

The clerk's record in this appeal has not been filed because appellant has failed to pay the clerk's fee. On October 22, 2019, we directed appellant to file, no later than November 1, 2019, written verification he had made arrangements to pay the fee or was entitled to proceed without paying the fee. *See* TEX. R. APP. P. 35.3(a). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not complied. *See id*. 37.3(b). Accordingly, we dismiss the appeal. *See id*.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191080F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.S., A MINOR
CHILD

No. 05-19-01080-CV

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-16-14244.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Dawn Weeks Spalding recover her costs, if any, of this appeal from appellant Stephen G. Spalding.

Judgment entered this 13th day of January, 2020.